UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN J. ERBACHER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBLES, *et al.*,<br><br>    Defendants. | Case No.: 1:23-cv-01194-JLT-BAM (PC)<br><br>ORDER THAT INMATE JUSTIN J. ERBACHER IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Justin J. Erbacher is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on July 29, 2024. Inmate Justin J. Erbacher, CDCR #G-64213, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **July 29, 2024**

              UNITED STATES MAGISTRATE JUDGE