UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN J. ERBACHER,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBLES, et al.,<br><br>        Defendants. | No. 1:23-cv-01194-JLT-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION REGARDING THE SETTLEMENT DOCUMENTS<br><br>(ECF No. 30) |

On July 29, 2024, the parties settled the instant action filed pursuant to 42 U.S.C. § 1983, at a settlement conference before Magistrate Judge Stanley A. Boone. (ECF No. 28.)

On August 7, 2024, Plaintiff filed a motion regarding the status of the settlements documents. (ECF No. 30.) Plaintiff states that as of August 5, 2024, he has yet to receive the settlement documents which were complete at the July 29, 2024, settlement conference proceedings. (Id.) As part of the settlement, this Court requires that the Attorney General's Office have hand-delivered to a Plaintiff, through the Litigation Coordinator or some other person at CDCR, the initial settlement documents and payee data sheet either on the same day the case settles or the next.

In order to appropriately address Plaintiff's motion, the Court HEREBY DIRECTS Defendants to file a response to Plaintiff's motion no later than **Monday, August 12, 2024**, addressing the status of the settlement documents.

IT IS SO ORDERED.

Dated: __August 8, 2024__

                                          UNITED STATES MAGISTRATE JUDGE

1