UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN J. ERBACHER,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBLES, et al.,<br><br>        Defendants. | No.  1:23-cv-01194-JLT-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO EMAIL SETTLEMENT DOCUMENTS TO LITIGATION COORDINATOR AT SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON, CORCORAN |

On July 29, 2024, the parties settled the instant action filed pursuant to 42 U.S.C. § 1983, at a settlement conference before Magistrate Judge Stanley A. Boone.  (ECF No. 28.)

On August 7, 2024, Plaintiff filed a motion regarding the status of the settlements documents.  (ECF No. 30.)  Plaintiff stated that as of August 5, 2024, he has yet to receive the settlement documents which were complete at the July 29, 2024, settlement conference proceedings.  (Id.)

On August 9, 2024, Defendants filed a response to Plaintiff's motion stating that on July 30, 2024, the settlement documents were mailed to Plaintiff at SATF.  (ECF No. 32.)  Defendants submit that they were serve a second copy of the settlement documents and file a proof of service with the Court.  (Id.)

In order to ensure the timely receipt of the documents, Defendants are HEREBY ORDERED to serve a copy of the settlement documents on the Litigation Coordinator at SATF via email by **August 14, 2024**.

IT IS SO ORDERED.

Dated:  **August 12, 2024**

                                         UNITED STATES MAGISTRATE JUDGE

1